UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
MIDDLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:07-00240-1 |
| | ) | Senior Judge Haynes |
| | ) | |
| CHRISTINA CARDONA | ) | |

## AGREED MOTION FOR REDUCED SENTENCE

The defendant, Christina Cardona, respectfully moves the Court pursuant to 18 USC § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines, to reduce her sentence from a term of 151 months custody to a term of 121 months custody, effective November 1, 2015, leaving the sentence unchanged in other respects. Undersigned counsel is authorized to state that the attorney for the government does not oppose this motion.

Attorneys for the defendant and the government, with the assistance of the United States Probation Office for this district, have reviewed this case and concluded that Ms. Cardona is eligible for a sentence reduction under Amendment 782 of the United States Sentencing Guidelines. The application of the Amendment to this case would reduce the total offense level from Level 34 to Level 32 and, at a criminal history category I, would reduce the applicable guideline range from 151 to 188 months to a range of 121 to 151 months. Based on this, the parties have agreed to recommend that